UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHRISTOPHER LORCH,

    Petitioner,

v.                                    Case No.:   2:24-cv-18-SPC-KCD

WILLIAMS, ROOKS, POLK,
HUNT, CARDENAZ, COURTNEY
JONES, JON P. CARNER,
RECOVERY SOLUTIONS and
HOUSTEN,

    Defendants.
_____/

## AMENDED[1] OPINION AND ORDER

Before the Court is Plaintiff Christopher Lorch's Amended Complaint (Docs. 10 and 13).  Lorch is an involuntarily committed resident of the Florida Civil Commitment Center, and he is litigating this case *in forma pauperis*.  The Court dismissed Lorch's initial complaint after reviewing it under 28 U.S.C. § 1915(e)(2) because it did not state any plausible claim.  Lorch accused Defendant Williams of harassing him by doing things like flirting with other residents and breaking facility rules in front of Lorch, triggering a psychological crisis that resulted in other defendants writing three behavioral management reports.  The Court found that Lorch failed to state a claim for

---

[1] This amendment corrects a typographical error in the original Opinion and Order.

deliberate indifference because he did not allege a risk of serious harm, and that *Heck v. Humphrey*, 512 U.S. 477 (1994) barred any claim attacking the substantiation of the behavioral management reports because they were not overturned. (*See* Doc. 9).

Lorch's Amended Complaint has the same deficiencies as his original complaint. He asserts the same claims based on the same factual allegations. Thus, the Amended Complaint fails to state a claim for the reasons set out in the Court's prior Opinion and Order (Doc. 9), and the Court dismisses this action under 28 U.S.C. § 1915(e)(2).

Accordingly, it is now

**ORDERED:**

Christopher Lorch's Amended Complaint (Docs. 10 and 13) is **DISMISSED**. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE** and **ORDERED** in Fort Myers, Florida on March 25, 2024.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record

2